

ORDERED in the Southern District of Florida on June 13, 2022.

          **Laurel M. Isicoff**
          **Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                                      CASE NO.: 22-12158-LMI
SUSANA DE MARCOS                   CHAPTER 13

       Debtor,
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM 4-1 OF JEFFERSON CAPITAL SYSTEMS, LLC, DE 24

**THIS MATTER** came before the Court on June 7, 2022, on the Chapter 13 Motion Consent Calendar, upon the Debtor's Objection to Claim Number 4-1 of JEFFERSON CAPITAL SYSTEMS, LLC (D.E. #24), no opposition being heard during the consent calendar, no response being filed, and being otherwise duly advised in the premises, it is **hereby ordered**:

1. The Objection to Claim Number 4-1 of JEFFERSON CAPITAL SYSTEMS, LLC is hereby **SUSTAINED**.

2. The claim is hereby **disallowed** and **stricken**. The Creditor shall not receive any distribution from the Chapter 13 Trustee.

###

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 331
(305) 547-1234 Phone
(305) 266-1151 Fax
bk@coronapa.com


The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).