

**ORDERED in the Southern District of Florida on June 13, 2022.**

_____
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

IN RE:                                                                       CASE NO.: 22-12158-LMI
SUSANA DE MARCOS                                                             CHAPTER 13

     Debtor,
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM 1-1 OF CAVALRY SPV I, LLC, DE 23

**THIS MATTER** came before the Court on June 7, 2022, on the Chapter 13 Motion Consent Calendar, upon the Debtor's Objection to Claim Number 1-1 of CAVALRY SPV I, LLC (D.E. #23), no opposition being heard during the consent calendar, no response being filed, and being otherwise duly advised in the premises, it is **hereby ordered**:

1. The Objection to Claim Number 1-1 of CAVALRY SPV I, LLC is hereby

    **SUSTAINED**.

2. The claim is hereby **disallowed** and **stricken**. The Creditor shall not receive any distribution from the Chapter 13 Trustee.

###

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 331
(305) 547-1234 Phone
(305) 266-1151 Fax
bk@coronapa.com


The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).