**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**


**IN THE MATTER OF:**                         **CASE NO. 22-12158-LMI**

**SUSANA DE MARCOS**                          **CHAPTER 13**

        **Debtor,**
_____/

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true copy of the foregoing Order Continuing Hearing on Objection to Claim of Wilmington Savings Fund Society, D.E.#35 was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 13 of June 2022.



CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Fax
bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 22-12158-LMI**

**Sent Via Electronic Service**
**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Sent Via Electronic Service**
**Nancy Neidich Trustee**
PO Box 279806
Miramar, FL 33027

**Sent via Email**
Keith Labell – Authorized Agent for Secured Lender
Robertson, Anschutz, Schneid, Crane & Partners, LLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Email: klabell@raslg.com

**Sent via US Mail**
Susana De Marcos
228 E. 3rd Street, Unit 1
Hialeah, FL 33010