**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

IN THE MATTER OF:                                        CASE NO. 22-12158-LMI

SUSANA DE MARCOS                                    CHAPTER 13

            **Debtor,**
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Order Sustaining Objection to Claim for Cavalry SPV I, LLC as assignee of Jefferson Capital Systems, LLC [# 4-1], D.E.#37 was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 17 of June 2022.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Fax
bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 22-12158-LMI**

| | |
|---|---|
| **Sent Via Electronic Service** | **Sent Via Electronic Service** |
| **Office of US Trustee** | **Nancy Neidich Trustee** |
| 51 SW 1st Avenue, Ste 1204 | PO Box 279806 |
| Miami, FL 33130 | Miramar, FL 33027 |

**Sent via Email and U.S. Mail**
Kevin Maher – Bankruptcy Specialist.
Cavalry Portfolio Services, LLC
P.O. Box 4252
Greenwich, CT 06831-2200
Email: bankruptcy@cavps.com

**Sent via US Mail**
Cavalry SPV I, LLC.
c/o C T Corporation System – Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

**Sent via US Mail**
Cavalry SPV I, LLC
c/o Cavalry Investments LLC, MGRM
1 American Lane, Suite 220
Greenwich, CT 06831

**Sent via US Mail**
Susana De Marcos
228 E. 3rd Street, Unit 1
Hialeah, FL 33010