

ORDERED in the Southern District of Florida on June 28, 2022.

*Laurel M. Isicoff* (signature)

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                    CASE NO.: 22-12158-LMI
SUSANA DE MARCOS                     CHAPTER 13

    Debtor,
_____/

### AGREED ORDER SUSTAINING OBJECTION TO CLAIM 2-1, DE # 20

**THIS CAUSE** came before this Court on Objection (DE 20) to Claim 2-1 which was scheduled to be heard on July 19, 2022. The parties having reached an agreement, and being otherwise duly advised in the premises, it is

**HEREBY ORDERED** that Debtor's objection is SUSTAINED. Claim 2-1 is allowed but with no distribution from the Chapter 13 Trustee.

###

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38TH Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Fax
Email: bk@coronapa.com

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).